AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Central _____ District of _____ Illinois _____

Benjamin Miller and Katherine Miller,
Plaintiffs.

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
c/o Registered Agent
National Registered Agents
200 W. Adams St.
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

S/John M Waters                                2/5/07
_____      _____
CLERK                                          DATE

S/Denise Koester
_____
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Benjamin Miller and Katherine Miller,
Plaintiffs.

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

S/John M. Waters                                             2/5/07

CLERK                                                        DATE

S/Denise Koester

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Benjamin Miller and Katherine Miller,
Plaintiffs.

**SUMMONS IN A CIVIL CASE**

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

Ameriquest Mortgage Securities, Inc.
c/o Registered Agent
National Registered Agents
2030 Main St., Suite 1030
Irvine, CA 92614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

| | |
|---|---|
| S/John M. Waters | 2/5/07 |
| CLERK | DATE |
| S/Denise Koester | |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Benjamin Miller and Katherine Miller,
Plaintiffs.

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

AMC Mortgage Services, Inc.
c/o Registered Agent
National Registered Agents
200 W. Adams St.
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

S/John M. Waters                                      2/5/07
CLERK                                                  DATE

S/Denise Koester
(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Central District of Illinois

Benjamin Miller and Katherine Miller,
Plaintiffs.

**SUMMONS IN A CIVIL CASE**

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

American Family Property Services
c/o Registered Agent
Lee D. Garr
50 Turner Ave, 2nd Floor
Elk Grove Village, IL 60007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

S/John M. Waters | 2/5/07
CLERK | DATE

S/Denise Koester
(By) DEPUTY CLERK