# UNITED STATES DISTRICT COURT

Central    DISTRICT OF    Illinois

Benjamin Miller and Kathryn Miller,
Plaintiffs,

v.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs.

I certify that I am admitted to practice in this court.

| 1/31/2007 | |
|---|---|
| Date | Signature |

Daniel A. Edelman — 00712094
Print Name — Bar Number

120 S. LaSalle St., 18th Floor
Address

| Chicago | IL | 60603 |
|---|---|---|
| City | State | Zip Code |

(312) 739-4200    (312) 419-0379
Phone Number    Fax Number