## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| BENJAMIN MILLER and KATHERINE MILLER, ) ) ) | |
| Plaintiffs, ) ) | 07cv3038 |
| v. ) ) | Judge Scott |
| AMERIQUEST MORTGAGE COMPANY, ) AMERIQUEST MORTGAGE SECURITIES, ) INC., AMC MORTGAGE SERVICES, ) INC., DEUTSCHE BANK NATIONAL TRUST ) COMPANY, N.A., AMERICAN FAMILY PROPERTY ) SERVICES, and DOES 1-5, ) ) | **JURY DEMANDED** |
| Defendant. ) | |

### NOTICE OF FILING BEFORE
### THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiffs Benjamin Miller and Katherine Miller, by their undersigned counsel, hereby provide this Court with notice of the attached Notice of Tag-Along Actions, which was filed before the Judicial Panel on Multidistrict Litigation.

                                                          s/Daniel A. Edelman
                                                          Daniel A. Edelman

                                                          Daniel A. Edelman
                                                          Cathleen M. Combs
                                                          James O. Latturner
                                                          Al Hofeld, Jr.
                                                          EDELMAN, COMBS, LATTURNER
                                                               & GOODWIN, LLC
                                                          120 S. LaSalle Street, 18th Floor
                                                          Chicago, IL   60603
                                                          (312) 739-4200
                                                          (312) 419-0379 (FAX)

Dated: February 23, 2007

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, hereby certify that on February 23, 2007, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caryn Becker
Cbecker@lchb.com, glewi@lchb.com, rgeman@lchb.com

Brandon A. Block
bblock@buchalter.com

Jill Henniger Bowman
jbowman@jameshoyer.com

James Michael Dash
jdash@muchshelist.com

Charles M. Delbaum
cdelbaum@nclc.org

Kelly M. Dermody
kdermody@lchb.com

Daniel Mark Harris
lawofficedh@yahoo.com

Stanley L. Hill
stanhill@hegsinet.net

Evan Jay Kaufman
ekaufman@lerachlaw.com

Shennan Kavanagh
kavanagh@roddykleinryan.com

Keith James Keogh
Keith@Keoghlaw.com, Linda@Keoghlaw.com

Synde B. Keywell
skeywell@ngelaw.com, kdalsanto@ngelaw.com

Stephen Philip Kiloler
skikoler@muchshelist.com

Gary Edward Klein
klien@roddykleinryan.com

Bernard E. LeSage
blesage@buchalter.com

Jonathan N. Ledsky
jledsky@vblhc.com, sortega@vblhc.com

Richard Andre Lilly
rlilly@ademilaw.com

Greg J. Miarecki
gmiarecki@winston.com, ppratt@winston.com, ECF_CH@winston.com

Marvin Alan Miller
mmiller@millerfaucher.com, jramirez@millerfaucher.com, snyland@millerfaucher.com

Elizabeth Monkus
emonkus@keoghlaw.com, linda@keoghlaw.com

Melinda J. Morales
mmorales@muchshelist.com, rmclarney@muchshelist.com

Andrew G. Pizor
apizor@consumerlawgroup.com

Dominic J. Rizzi
drizzi@millerfaucher.com

| | |
|---|---|
| Samuel H. Rudman<br>srudman@lerachlaw.com | Lorne Todd Saeks<br>lsaeks@muchshelist.com |
| Craig Allan Varga<br>cvarga@vblhc.com | Terry A. Smiljanich<br>tsmiljanich@jameshoyer.com,<br>dstephens@jameshoyer.com, |
| Thomas Joseph Wiegand<br>twiegand@winston.com,<br>ECF_CH@winston.com | jbowman@jameshoyer.com,<br>lmartin@jameshoyer.com |
| | Kristina M. Van Buskirk<br>Kvanbuskirk@ngelaw.com |

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: AMERIQUEST MORTGAGE
CO. MORTGAGE LENDING          MDL Docket No. 1715
PRACTICES LITIGATION

# NOTICE OF TAG-ALONG ACTIONS

To the Clerk of the Multidistrict Panel:

Pursuant to the provisions of 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs in (1) <u>Glenn S. Adams and Laverne Adams v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A. and Does 1-5</u>, 07cv063 (originally filed in the W.D. Michigan, Lansing Division, January 22, 2007, Judge Richard Alan Enslen, presiding); (2) <u>Wanda and Tregg Howze v. Ameriquest Mortgage Company, Argent Mortgage Company, LLC, AMC Mortgage Services, Inc., HomEq Mortgage Corporation, and Does 1-5</u>, 07cv061 (originally filed in the W.D. Michigan, Lansing Division, January 22, 2007, Judge Gordon J. Quist, presiding); (3) <u>Thelma and Terry Cowles v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., and Does 1-5</u>, 07cv062 (originally filed in the W.D. Michigan, Lansing Division, January 22nd, 2007, Judge Gordon J. Quist, presiding); (4) <u>Ernie J. McKimmy and Angelique McKimmy v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc.</u>, 07cv078 (originally filed in the W.D. Michigan, Lansing Division, January 26, 2007, Judge Richard Alan Enslen, presiding); (5) <u>Alan and Jane Kanter v. Ameriquest Mortgage Company, AMC Mortgage Services, Inc., EMC Mortgage Corporation, Wells Fargo Home Mortgage d/b/a America's Servicing Company, and Does 1-5</u>, 07cv079 (originally filed in the W.D. Michigan, Lansing

Division, January 26, 2007, Judge Gordon J. Quist, presiding); (6) <u>Jack and Deborah Priemesberger v. Ameriquest Mortgage Company, Wilshire Credit Corporation, and Does 1-5</u>, 07cv075 (originally filed in the W.D. Michigan, Lansing Division, January 25, 2007, Chief Judge Robert Holmes Bell, presiding); (7) <u>Christine Kosla and Joseph Kosla, Jr. v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., HSBC Mortgage Services, Inc., and Does 1-5</u>, 07cv080 (originally filed in the W.D. Michigan, Lansing Division, January 29, 2007, Judge Richard Alan Enslen, presiding); (8) <u>John Eggert v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., and Does 1-5</u>, 07cv093 (originally filed in the W.D. Michigan, Lansing Division, January 30, 2007, Judge Wendell A. Miles, presiding); (9) <u>Jennifer and Michael Pierce v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., and Does 1-5</u>, 07cv0153 (originally filed in the S.D. Indiana, Indianapolis Division, February 2, 2007, Judge David Frank Hamilton, presiding); (10) <u>Jonathan Daege and Tara Walczak-Daege v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., and Does 1-5</u>, 07cv154 (originally filed in the S.D. Indiana, Indianapolis Division, February 2, 2007, Judge David Frank Hamilton, presiding); (11) <u>Benjamin and Kathrine Miller v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5</u>, 07cv3038 (originally filed in the C.D. Illinois, February 5, 2007, Judge Jeanne E. Scott, presiding); (12) <u>Kurt H Wilson, Sr. and Teresa R. Wilson v. Argent Mortgage Company, LLC, Citifinancial Mortgage Company, and Does 1-5</u>, 2:07cv10554 (originally filed in the E.D. Michigan, Detroit

Division, February 6, 2007, Judge Victoria A. Roberts, presiding); (13) <u>Stuart and Marianne Belfeld v. Argent Mortgage Company, LLC, Countrywide Home Loans, Inc., GMAC Mortgage Corporation, and Does 1-5</u>, 07cv143 (originally filed in the W.D. Michigan, Lansing Division, February 12, 2007, Judge Gordon J. Quist, presiding); (14) <u>Cliff and Debora Fonseca v. Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., and Does 1-5</u>, 07cv144 (originally filed in the W.D. Michigan, Lansing Division, February 12, 2007, Chief Judge Robert Holmes Bell, presiding); and (15) <u>Derek and Patrina Anthony v. Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Ameriquest Mortgage Securities, Inc., Deutsche Bank National Trust Company, N.A., Colony Real Estate Appraisal, Inc., and Does 1-5</u>, 2:07cv10755 (originally filed in the E.D. Michigan, Detroit Division, February 21, 2007, Judge Victoria A. Roberts, presiding) hereby provide this Panel with notice that these cases are tag-along actions to the actions already contained in the above-captioned proceeding. Copies of the complaints from the tag-along actions are attached hereto as <u>Exhibits A-N</u>.

<u>Adams</u>, <u>Howze</u>, <u>Cowles</u>, <u>McKimmy</u>, <u>Kanter</u>, <u>Priemesberger</u>, <u>Kosla</u>, <u>Eggert</u>, <u>Pierce</u>, <u>Daege</u>, <u>Miller</u>, <u>Wilson</u>, <u>Belfeld</u>, <u>Fonseca</u>, and <u>Anthony</u> are substantially similar to multiple actions currently pending in the above-captioned proceeding before the Honorable U.S. District Court Judge Marvin E. Aspen. This includes, but is not limited to, <u>Williams v. Ameriquest Mortgage Co</u>., 05 CV 6189 (originally filed in the S.D. NY, July 1, 2005). A copy of the <u>Williams</u> complaint is attached hereto as <u>Exhibit O</u>. All such actions pending in the MDL were filed earlier and were transferred, have been conditionally transferred by the MDL panel, or, on motions of plaintiffs or defendants, have been reassigned from other judges in the U.S. District Court for the Northern District of Illinois. As compared with the <u>Williams</u> case, <u>Adams</u>,

Howze, Cowles, McKimmy, Kanter, Priemesberger, Kosla, Eggert, Pierce, Daege, Miller, Wilson, Belfeld, Fonseca, and Anthony are cases (1) against the same defendants or corporate affiliates thereof, (2) that contain similar or identical factual allegations of a bait-and-switch scheme or (3) that contain similar or identical legal claims under the Truth In Lending Act and the Equal Credit Opportunity Act.

Consequently, Adams, Howze, Cowles, McKimmy, Kanter, Priemesberger, Kosla, Eggert, Pierce, Daege, Miller, Wilson, Belfeld, Fonseca, and Anthony should be transferred to the U.S. District Court for the Northern District of Illinois and assigned to the Honorable Judge Marvin E. Aspen for coordinated pre-trial proceedings.

    Respectfully submitted,

    s/ Daniel A. Edelman
    Daniel A. Edelman

*Attorneys for Plaintiffs*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)