IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BENJAMIN MILLER and KATHERINE MILLER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:07-cv-03038-JES-CHE |
| AMERIQUEST MORTGAGE COMPANY, AMERIQUEST MORTGAGE SECURITIES, INC., AMC MORTGAGE SERVICES, INC., DEUTSCHES BANK NATIONAL TRUST COMPANY, N.A., AMERICAN FAMILY PROPERTY SERVICES, and DOES 1 - 5, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## APPEARANCE

NOW COMES Kevin J. McFadden and the law firm of Zack Stamp, Ltd., and hereby enter their appearance on behalf of Defendants, AMERIQUEST MORTGAGE COMPNY, AMERIQUEST MORTGAGE SECURITIES, INC. and AMC MORTGAGE SERVICES, INC.

Date: February 23, 2007.

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
AMERIQUEST MORTGAGE SECURITIES,
INC., and AMC MORTGAGE SERVICES,
INC.

By: _____
One of their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel A. Edelman (courtecl@aol.com)

_____
Kevin J. McFadden, No. 6209463
Attorney for Defendants
ZACK STAMP, LTD.
601 W. Monroe Street
Springfield, IL  62704
Tel:	217-525-0700 x 115
Fax:	217-525-0780
Email:	kmcfadden@601w.com