IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BENJAMIN MILLER and<br>KATHERINE MILLER,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>AMERIQUEST MORTGAGE SECURITIES,<br>INC., AMC MORTGAGE SERVICES,<br>INC., DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, N.A., AMERICAN FAMILY<br>PROPERTY SERVICES, and DOES 1-5,<br><br>    Defendants. | No. 3:07-cv-03038-JES-CHE |

**DEFENDANTS' MOTION FOR STAY AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT**

Defendants, Ameriquest Mortgage Company, Ameriquest Mortgage Securities, and AMC Mortgage Services, Inc. ("Defendants"), by and through their attorneys, submit this motion to both apprise this Court of the anticipated designation of the present case as a "Tag Along" action to In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation, MDL Docket No. 1715, Lead Case No. 05 C 7097 (N.D. Ill.) (Aspen, J.), and to request a stay and an extension of time for Defendants to file their responsive pleadings to Plaintiffs' complaint, pending a ruling by the Judicial Panel on Multidistrict Litigation ("MDL Panel") and the anticipated transfer of this lawsuit. In support of their motion, Defendants state as follows:

1.    There is pending in the U.S. District Court for the Northern District of Illinois the MDL litigation In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest MDL Litigation"). The Ameriquest MDL Litigation includes challenges to loans originated by Ameriquest Mortgage Company.

2. Defendants anticipate that the present lawsuit will very shortly be designated as a "Tag Along" action to the Ameriquest MDL Litigation. Previous recent lawsuits filed in the Central District of Illinois against Defendants have been designated as "Tag Along" actions by the MDL Panel and transferred to the Ameriquest MDL Litigation pending in the Northern District of Illinois.

3. In light of the anticipated Tag Along designation, Defendants request a stay of this lawsuit until the MDL Panel transfers this lawsuit to the Ameriquest MDL Litigation in the Northern District of Illinois. Accordingly, Defendants request an extension of time to file their responsive pleadings to Plaintiffs' complaint until this lawsuit is transferred to the Ameriquest MDL Litigation and Judge Aspen sets a responsive pleading date for lawsuits newly joined to the Ameriquest MDL Litigation.

WHEREFORE, Defendants, Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., and AMC Mortgage Services, Inc., respectfully request that this Court grant their motion, stay this lawsuit, and extend the time to file their responsive pleadings to Plaintiffs' complaint until some unspecified time in the future (anticipating the transfer of this lawsuit by the MDL Panel to the Ameriquest MDL Litigation).

Dated: February 23, 2007            Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,
AMERIQUEST MORTGAGE SECURITIES, INC.,
and AMC MORTGAGE SERVICES, INC.,
Defendants

By: _____
    One of their Attorneys

Kevin McFadden
Zack Stamp, Ltd.
601 West Monroe Street
Springfield, Illinois 62704
(217) 525-0700

Of counsel:

Craig A. Varga
Jonathan N. Ledsky
Elizabeth Barry
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois 60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Kevin McFadden, an attorney, hereby certifies that a true and correct copy of the foregoing **Defendants' Motion for Stay and for Extension of Time to File Responsive Pleadings to Plaintiffs' Complaint** was served electronically via CM/ECF e-Filing upon:

Daniel A. Edelman (courtecl@aol.com)

this 23rd day of February, 2007.

_____