AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Benjamin Miller and Katherine Miller,
Plaintiffs.

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

Ameriquest Mortgage Securities, Inc.
c/o Registered Agent
National Registered Agents
2030 Main St., Suite 1030
Irvine, CA 92614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

S/John M. Waters                                                2/5/07
CLERK                                                           DATE

S/Denise Koester
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  2·13·07  @ 11:21 |
| NAME OF SERVER *(PRINT)*  Surya VonRosen | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: National Registered Agents Inc. 2030 Main Street, Suite 1030 Irving, CA 92614

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/07    _____
             Date           Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure