AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Benjamin Miller and Katherine Miller,
Plaintiffs.

V.

Ameriquest Mortgage Company, Ameriquest Mortgage Securities, Inc., AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, N.A., American Family Property Services, and Does 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-3038

TO: (Name and address of Defendant)

American Family Property Services
c/o Registered Agent
Lee D. Garr
50 Turner Ave, 2nd Floor
Elk Grove Village, IL 60007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

S/John M. Waters                                  2/5/07
CLERK                                             DATE

S/Denise Koester
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE February 23, 2007 |
| NAME OF SERVER (PRINT) Wm L Shurtleff | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Corporate Service - left Summons & Complaint with Nancy Gonzales, Personal Secretary to Registered Agent, Coe Cnari

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/23/07
Date

Signature of Server: Wm L Shurtleff

Address of Server: 917 Lunt Ave, Schaumburg, IL 60193

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.