**E-FILED**
Monday, 19 March, 2007  03:17:55 PM
~~Clerk, U.S. District Court, ILCD~~

✎AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

Benjamin Miller and Katherine Miller,
Plaintiffs.

V.

Ameriquest Mortgage Company, Ameriquest
Mortgage Securities, Inc., AMC Mortgage
Services, Inc., Deutsche Bank National Trust
Company, N.A., American Family Property
Services, and Does 1-5

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-3038

TO: (Name and address of Defendant)

Deutsche Bank National Trust Company, N.A.
60 Wall St.
New York, NY 10005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner and Goodwin
120 S LaSalle St, 18th Floor
Chicago, IL 60603
(312) 739-4200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court, 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204, within a reasonable period of time after service.

| S/John M. Waters | 2/5/07 |
|---|---|
| CLERK | DATE |

S/Denise Koester

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/15/2007 |

| NAME OF SERVER *(PRINT)* MINERVA CRUZ | TITLE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 60, WALL Street NY, NY 10005 (KRIS KWONG)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/15/2007
_____ Date

Signature of Server

204 _____ Ave, Bx, NY 124/65
Address of Server

Jesus Romero
Notary Public No. 01RO6083516
Qualified in Bronx County
State of New York 2010
Commission Expires 11/18/2006

_____ day _ Feb,07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.