AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Tuesday, 20 March, 2007   04:36:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                                                 Bar Number

Address

City                              State                         Zip Code

Phone Number                                                          Fax Number