**E-FILED**
Wednesday, 21 March, 2007  02:28:29 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| BENJAMIN MILLER and<br>KATHERINE MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>AMERIQUEST MORTGAGE SECURITIES,<br>INC., AMC MORTGAGE SERVICES,<br>INC., DEUTSCHE  BANK NATIONAL<br>TRUST COMPANY, N.A., AMERICAN<br>FAMILY PROPERTY SERVICES, and<br>DOES 1 - 5,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:07-cv-03038-JES-CHE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPEARANCE**

NOW COMES Kevin J. McFadden and the law firm of Zack Stamp, Ltd., and hereby enter their appearance on behalf of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A..

Date: March 21, 2007.

Respectfully submitted,

DEUTSCHE BANK NATIONAL
TRUST COMPANY, N.A.

By: _____
One of Their Attorneys

Kevin J. McFadden, No. 6209463
ZACK STAMP, LTD.
601 W. Monroe Street
Springfield, IL   62704
Tel:  217-525-0700 x 115
Fax:  217-525-0780
Email:  kmcfadden@601w.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed the foregoing **Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel A. Edelman (courtecl@aol.com)

and I certify that the foregoing **Appearance** was served on the following by sending a true and correct copy thereof by U.S. mail, addressed as follows:

John M. Broderick
Attorney for American Family Property Services
180 North LaSalle Street, Suite 3400
Chicago, IL   60601

this 21st day of March, 2007.

_____
Kevin J. McFadden, No. 6209463
Attorney for Defendants
ZACK STAMP, LTD.
601 W. Monroe Street
Springfield, IL   62704
Tel:  217-525-0700 x 115
Fax:  217-525-0780
Email:  kmcfadden@601w.com