E-FILED
Tuesday, 27 March, 2007  11:09:09 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 22, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-17)

FILED
MAR 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Dobbins:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 6, 2007 As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Jamisha Spinner
       Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Marvin E. Aspen
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   David A. DiMarzio; John M. Waters; Ronald C. Weston

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 6 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1715

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-17)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 179 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-17 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ILLINOIS CENTRAL** | |
| ILC  3  07-3038 | Benjamin Miller, et al. v. Ameriquest Mortgage Co., et al. |
| **MICHIGAN WESTERN** | |
| MIW  1  07-61 | Tregg E. Howze, et al. v. Ameriquest Mortgage Co., et al. |
| MIW  1  07-62 | Thelma Cowles, et al. v. Argent Mortgage Co., LLC., et al. |
| MIW  1  07-63 | Glenn S. Adams, et al. v. Ameriquest Mortgage Co., et al. |
| MIW  1  07-75 | Jack Preimesberger, et al. v. Ameriquest Mortgage Co., et al. |
| MIW  1  07-78 | Ernie J. McKimmy, et al. v. Ameriquest Mortgage Co., et al. |
| MIW  1  07-79 | Alan Kanter, et al. v. Ameriquest Mortgage Co., et al. |
| MIW  1  07-88 | Christine Kosla, et al. v. Ameriquest Mortgage Co., et al. |
| MIW  1  07-93 | John Eggert v. Ameriquest Mortgage Co., et al. |
| **RHODE ISLAND** | |
| RI  1  07-35 | Susan J. Cauley v. Ameriquest Mortgage Co., et al. |

## INVOLVED COUNSEL LIST (CTO-17)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Kelli Baker
Plunkett & Cooney, P.C.
530 Bridgewater Place
333 Bridge Street, N.W.
Grand Rapids, MI 49504

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

Kevin J. McFadden
Zack Stamp, Ltd.
601 W. Monroe Street
Springfield, IL 62704

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503

# INVOLVED JUDGES LIST (CTO-17)
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Richard A. Enslen
Senior U.S. District Judge
Federal Building
410 West Michigan
Kalamazoo, MI 49007

Hon. Mary M. Lisi
Chief Judge, U.S. District Court
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Wendell A. Miles
Senior U.S. District Judge
236 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 48503

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Jeanne E. Scott
U.S. District Judge
319 Paul Findley Federal Bldg.
600 East Monroe Street
Springfield, IL 62701