

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

April 16, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen US Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE:   Miller, et al v Ameriquest Mortgage Company, et al
      Case Number: 07-3038

On 4/5/07 a text order was entered transferring the above-entitled case from this District Court to the Northern District of Illinois. Please find enclosed a certified copy of the docket sheet and all original pleadings thus far filed in the case.

All parties are being notified of this transfer by copy of this letter and by the text order entered.

Please acknowledge receipt of this file by returning a file-stamped copy of this letter.

Sincerely,

JOHN M. WATERS
United States District Clerk

S/M Cooke

Deputy Clerk

Receipt and Acknowledgment _Diana Alan_ 4-20-07

New Case Number Assigned in: 07 CV 1623